# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

**Date:** 10/8/08
**Lastname-SS#:** Riley-2439

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | Carolina Auto (Son makes pmt) | 1 | 2000 Pontiac Grand Am |
| | | | |
| | | | |
| | | | |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See**) |
|---|---|---|---|---|
| Retain | Carolina Auto (Son makes pmt) | 1 | | |
| | | | | |
| | | | | |
| | | | | |
| | EMC-1st DOT-Fixed | 2 | 2,143 | ** |
| | Scotland Manor-HOA | 3 | 3,275 | ** |
| | | | | |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | EMC-1st DOT-Fixed | 2 | $714 | n/a | n/a | $714.00 | Residence-Condo |
| | Scotland Manor-HOA | 3 | $35 | n/a | n/a | $35.00 | Residence-Condo |
| | | | | n/a | n/a | | |
| | | | | n/a | n/a | | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | | | | 8.00 | | | |
| | | | | 8.00 | | | |
| | | | | 8.00 | | | |
| | | | | 8.00 | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | | | | 8.00 | | | |
| | | | | 8.00 | | | |
| | | | | 8.00 | | | |
| | | | | 8.00 | | | |
| | | | | 8.00 | | | |

| ATTORNEY FEE (Unpaid part) | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |
| **SECURED TAXES** | **Secured Amt** |
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |
| **UNSECURED PRIORITY DEBTS** | **Amount** |
| IRS Taxes | $876 |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

| CO-SIGN PROTECT (Pay 100%) | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See♠) | | |
| **GENERAL NON-PRIORITY UNSECURED** | | **Amount*** |
| DMI= None($0) | | |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **921** per month for **60** months, then

$ **N/A** per month for **N/A** months.

**Adequate Protection Payment Period:** **N/A** months.

Sch D # = The number of the secured debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
♠ = Co-sign protect on all debts so designated on the filed schedules.
* = DMI x ACP
** = Pre-petition arrearage includes 1 post-petition mortgage payment.

Ch13Plan_MD_(DeSardi) (11/6/07)  © John T. Orcutt  **(Page 4 of 4)**

**Other Miscellaneous Provisions**