# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

|  |  |  |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-0881660  C-13D |
| Aaron Riley, Jr. | ) | |
|  | ) | |
|  | ) | |
| Debtor | ) | |

## **ORDER**

   This matter coming before the Court upon the Motion of Richard M. Hutson, II, Trustee for the above-referenced Debtor, to release real property known as 1 N. Berrymeadow Ln., Durham, NC ("the real property") to HSBC Mortgage Services, Inc. ("HSBC"), and there being no filed objection to the Motion within the time period set forth in the Notice issued on February 25, 2009, by the Clerk of Court setting March 25, 2009, as the deadline for filing objections to the Motion and the Court, after considering the Motion, finds the Motion should be allowed; therefore it is

   ORDERED that the real property is released to HSBC for foreclosure and HSBC shall have 180 days from the entry of this Order within which to file a documented deficiency claim or the release shall be in full satisfaction of the secured claim of HSBC.

**<u>PARTIES IN INTEREST</u>**
**Page 1 of 1**
**08-81660 C-13D**

Aaron Riley, Jr.
6205 Farrington Rd. #G-5
Chapel Hill, NC  27517

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

HSBC Mortgage Services, Inc.
PO Box 9590
Virginia Beach, VA  23450