C-13-15A(Order)
(Rev. 11/06)

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-0881660 C-13D |
| Aaron Riley, Jr.   xxx-xx-9856 | ) | |
| | ) | |
| | ) | |
| Debtors | ) | |

## **ORDER**

     This matter coming before the Court upon the Motion of Richard M. Hutson, II, Trustee for the above-referenced Debtor, to provide for the claim in favor of the NCDR, and there being no filed objection to the Motion within the time period set forth in the Notice issued on March 25, 2009, by the Clerk of Court setting April 25, 2009, as the deadline for filing objections to the Motion and the Court, after considering the Motion, finds the Motion should be allowed; therefore it is ORDERED:

     1. The NCDR is allowed a secured claim in the amount of $3,450.00 with interest at the rate of 6% per annum payable in equal monthly installments of $81.00.

     2. The NCDR is allowed an unsecured priority claim in the amount of $1,356.02 to be paid pro-rata with other unsecured priority claims.

     3. The NCDR is allowed a general unsecured claim in the amount of $11,737.44.

## PARTIES IN INTEREST
## Page 1 of 1
## 08-81660 C-13D

Aaron Riley, Jr.
6205 Farrington Rd., #G-5
Chapel Hill, NC  27517

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

N C Department of Revenue
Office Services Division
Attn:  Angela C. Fountain
PO Box 1168
Raleigh, NC 27602-1168

Newton Pritchett, Jr., Esq.
Office of the Attorney General
PO Box 629
Raleigh, NC 27602