```
                       UNITED STATES BANKRUPTCY COURT
                         Middle District of North Carolina

IN RE:
    AARON RILEY JR                              CASE NO. 08-81660
                                                JUDGE Catharine R. Carruthers
    6205 FARRINGTON ROAD #G-5
    CHAPEL HILL NC
                           27517                DATE: 06/01/09
         Debtor(s)

---SSN(1)XXX-XX-9856 SSN(2)XXX-XX-0000------------------------------------

                            REPORT OF FILED CLAIMS
--------------------------------------------------------------------------

     Pursuant to 11 U.S.C. 704(5), the trustee has examined the proofs  of claim
filed in this case and objected to the allowance of such claims as  appeared  to
be improper except where no purpose would have been served  by  such  objection.
After such examination and objections, if any, the trustee  states  that  claims
should be deemed allowed or "not filed" as indicated below.


--------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR              AMOUNT    CLASSIFICATION
--------------------------------------------------------------------------
ASCENSION CAPITAL GROUP INC                  .00    NOTICES ONLY
% HSBC AUTO FIN/FKA HOUSEHOLD       INT:    .00%    NOT FILED
P O BOX 201347                            190959    ACCT:
ARLINGTON TX            76006-0000          0040    COMM:
--------------------------------------------------------------------------
BENEFICIAL                                   .00    Unsecured
P O BOX 1547                        INT:    .00%    NOT FILED
CHESAPEAKE VA                             420959    ACCT:090058
                        23320-1547          0012    COMM:
--------------------------------------------------------------------------
CAPITAL ONE BANK                             .00    Unsecured
P O BOX 85520                       INT:    .00%    NOT FILED
RICHMOND VA                               059552    ACCT:5178-0525-7319-2636
                        23285-0000          0013    COMM:
--------------------------------------------------------------------------
CASSANDRA WILLIAMS                           .00    Priority-DSO Ongoing
                                    INT:    .00%    DIRECT
                                          187071    ACCT:
                                            0002    COMM:CHILD SUPPRT/DIRECT
--------------------------------------------------------------------------
CHEXSYSTEMS                                  .00    NOTICES ONLY
7805 HUDSON ROAD #100               INT:    .00%    NOT FILED
WOODBURY MN                               050692    ACCT:
                        55125-1595          0030    COMM:
--------------------------------------------------------------------------
COASTAL FEDERAL CREDIT UNION            1,968.77    Unsecured
P O BOX 58429                       INT:    .00%
RALEIGH NC                                058700    ACCT:6003
                        27658-8429          0014    COMM:
--------------------------------------------------------------------------
```

```
------------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR            AMOUNT    CLASSIFICATION
------------------------------------------------------------------------------
CORTRUST BANK                           283.53    Unsecured
P O BOX 5431                       INT:   .00%
SIOUX FALLS SD                          038270    ACCT:5436-6810-1065-7021
                             57117-5431   0015    COMM:
------------------------------------------------------------------------------
CREDIT BUREAU                              .00    NOTICES ONLY
P O BOX 26140                      INT:   .00%    NOT FILED
GREENSBORO NC                           116929    ACCT:
                             27402-0000   0031    COMM:
------------------------------------------------------------------------------
CREDIT BUREAU OF GREENSBORO                .00    Unsecured
P O BOX 26140                      INT:   .00%    NOT FILED
GREENSBORO NC                           086884    ACCT:
                             27402-0000   0016    COMM:
------------------------------------------------------------------------------
DIGITAL FEDERAL CREDIT UNION         21,541.55    Unsecured
220 DONALD LYNCH BOULEVARD         INT:   .00%
MARLBOROUGH MA                          069269    ACCT:0526
                             01752-0000   0017    COMM:
------------------------------------------------------------------------------
DURHAM CITY/COUNTY TAX OFFICE              .00    Priority
200 E MAIN STREET 1ST FLOOR        INT:   .00%    NOT FILED
P O BOX 3397                            010288    ACCT:
DURHAM NC                    27702-0000   0003    COMM:
------------------------------------------------------------------------------
EMPLOYMENT SECURITY COMMISSION             .00    Unsecured
ATTN BENEFIT PAYMENT CONTROL       INT:   .00%    NOT FILED
P O BOX 26504                           406559    ACCT:
RALEIGH NC                   27611-6504   0018    COMM:
------------------------------------------------------------------------------
EQUIFAX                                    .00    NOTICES ONLY
P O BOX 740241                     INT:   .00%    NOT FILED
ATLANTA GA                              066107    ACCT:
                             30374-0000   0032    COMM:
------------------------------------------------------------------------------
EXPERIAN                                   .00    NOTICES ONLY
P O BOX 2002                       INT:   .00%    NOT FILED
ALLEN TX                                180135    ACCT:
                             75013-2002   0033    COMM:
------------------------------------------------------------------------------
FIRST PREMIER                              .00    NOTICES ONLY
900 DELAWARE STE 7                 INT:   .00%    NOT FILED
SIOUX FALLS SD                          036176    ACCT:
                             57104-0000   0039    COMM:
------------------------------------------------------------------------------
HSBC AUTO FINANCE                    23,964.04    VEHICLE
% ASCENSION CAPTIAL GROUP          INT:  7.00%
P O BOX 201347                          174304    ACCT:4436
ARLINGTON TX                 76006-0000   0001    COMM:03 MERCEDES E 320
------------------------------------------------------------------------------
```

```
--------------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR              AMOUNT    CLASSIFICATION
--------------------------------------------------------------------------------
HSBC AUTO FINANCE                            .00    NOTICES ONLY
P O BOX 60130                         INT:   .00%   NOT FILED
CITY OF INDUSTRY CA                       123642    ACCT:
                                 91716-0130   0041  COMM:
--------------------------------------------------------------------------------
HSBC MORTGAGE SERVICES INC                   .00    Secured
P O BOX 9590                          INT:   .00%   SURRENDERED COLLATERAL
VIRGINIA BEACH VA                         164199    ACCT:6549
                                 23450-0000   0011  COMM:RELSD/1ST DEED/TRUST
--------------------------------------------------------------------------------
INNOVIS DATA SOLUTIONS                       .00    NOTICES ONLY
P O BOX 1534                          INT:   .00%   NOT FILED
COLUMBUS OH                               228129    ACCT:
                                 43216-1534   0034  COMM:
--------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE                4,716.40    Priority
P O BOX 21125                         INT:   .00%
PHILADELPHIA PA                           010053    ACCT:XXX-XX-9856
                                 19114-0325   0004  COMM:05-07 INCOME TAX
--------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE                     .00    Priority
P O BOX 21126                         INT:   .00%   NOT FILED
PHILADELPHIA PA                           010052    ACCT:
                                 19114-0000   0005  COMM:TAXES OWED
--------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE                     .00    Priority
P O BOX 21126                         INT:   .00%   NOT FILED
PHILADELPHIA PA                           010052    ACCT:
                                 19114-0000   0006  COMM:TAXES OWED
--------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE                     .00    Priority
P O BOX 21126                         INT:   .00%   NOT FILED
PHILADELPHIA PA                           010052    ACCT:
                                 19114-0000   0007  COMM:TAXES OWED
--------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE                     .00    NOTICES ONLY
P O BOX 21126                         INT:   .00%   NOT FILED
PHILADELPHIA PA                           010052    ACCT:
                                 19114-0000   0038  COMM:
--------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE                5,437.62    Unsecured
P O BOX 21125                         INT:   .00%
PHILADELPHIA PA                           010053    ACCT:XXX-XX-9856
                                 19114-0325   2004  COMM:04 TAX/INT/PENALTIES
--------------------------------------------------------------------------------
LVNV FUNDING LLC                             .00    Unsecured
% RESURGENT CAPITAL SERVICES          INT:   .00%   NOT FILED
P O BOX 10587                             134183    ACCT:6035-2510-8556-8009
GREENVILLE SC                    29603-0587   0020  COMM:
--------------------------------------------------------------------------------
```

```
------------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR              AMOUNT    CLASSIFICATION
------------------------------------------------------------------------------
LVNV FUNDING LLC                          452.43    Unsecured
% RESURGENT CAPITAL SERVICES         INT:    .00%
P O BOX 10587                             134183    ACCT:0053
GREENVILLE SC                 29603-0587    0021    COMM:ASSOCIATES NATL OIL
------------------------------------------------------------------------------
LVNV FUNDING LLC                        1,350.62    Unsecured
% RESURGENT CAPITAL SERVICES         INT:    .00%
P O BOX 10587                             134183    ACCT:4202
GREENVILLE SC                 29603-0587    0025    COMM:CITIBANK,SEARS
------------------------------------------------------------------------------
NATIONAL CAPITAL MANAGEMNT LLC          1,800.89    Unsecured
8245 TOURNAMENT DR SUITE 230         INT:    .00%
MEMPHIS TN                                265625    ACCT:3617
                              38125-0000    0043    COMM:
------------------------------------------------------------------------------
NATIONAL LOAN RECOVERIES                1,212.94    Unsecured
RICHARD BOUDREAU AND ASSOC           INT:    .00%
5 INDUSTRIAL WAY                          407403    ACCT:4312
SALEM NH                      03079-0000    0042    COMM:APPLIED CARD SYSTEMS
------------------------------------------------------------------------------
NC CHILD SUPPORT                             .00    NOTICES ONLY
CENTRALIZED COLLECTIONS              INT:    .00%  NOT FILED
P O BOX 900006                            066666    ACCT:
RALEIGH NC                    27675-9006    0036    COMM:
------------------------------------------------------------------------------
NC DEPARTMENT OF REVENUE                3,450.00    Secured
BANKRUPTCY UNIT/OFFC SERV DIV        INT:   6.00%
P O BOX 1168                              010055    ACCT:9856
RALEIGH NC                    27602-1168    0008    COMM:02-05 INCOME TAXES
------------------------------------------------------------------------------
NC DEPARTMENT OF REVENUE                     .00    Priority
BANKRUPTCY UNIT/OFFC SERV DIV        INT:    .00%  NOT FILED
P O BOX 1168                              010055    ACCT:
RALEIGH NC                    27602-1168    0009    COMM:TAXES OWED
------------------------------------------------------------------------------
NC DEPARTMENT OF REVENUE                     .00    Priority
BANKRUPTCY UNIT/OFFC SERV DIV        INT:    .00%  NOT FILED
P O BOX 1168                              010055    ACCT:
RALEIGH NC                    27602-1168    0010    COMM:TAXES OWED
------------------------------------------------------------------------------
NC DEPARTMENT OF REVENUE                     .00    Unsecured
BANKRUPTCY UNIT/OFFC SERV DIV        INT:    .00%  NOT FILED
P O BOX 1168                              010055    ACCT:
RALEIGH NC                    27602-1168    0022    COMM:
------------------------------------------------------------------------------
NC DEPARTMENT OF REVENUE                     .00    NOTICES ONLY
% NC DEPARTMENT OF JUSTICE           INT:    .00%  NOT FILED
P O BOX 629                               065002    ACCT:
RALEIGH NC                    27602-0629    0023    COMM:REP:NC DEPT OF REV
------------------------------------------------------------------------------
```

```
------------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR             AMOUNT    CLASSIFICATION
------------------------------------------------------------------------------
NC DEPARTMENT OF REVENUE                    .00    NOTICES ONLY
% REGINALD S HINTON                 INT:   .00%    NOT FILED
P O BOX 25000                            042496    ACCT:
RALEIGH NC                       27640-5000  0024  COMM:REP:NC DEPT OF REV
------------------------------------------------------------------------------
NC DEPARTMENT OF REVENUE               1,356.02    Priority
BANKRUPTCY UNIT/OFFC SERV DIV       INT:   .00%
P O BOX 1168                             010055    ACCT:9856
RALEIGH NC                       27602-1168  0044  COMM:06,07 INCOME TAXES
------------------------------------------------------------------------------
NC DEPARTMENT OF REVENUE              11,737.44    Unsecured
BANKRUPTCY UNIT/OFFC SERV DIV       INT:   .00%
P O BOX 1168                             010055    ACCT:9856
RALEIGH NC                       27602-1168  2008  COMM:06,07 PENALTY|ORDER
------------------------------------------------------------------------------
NC EMPLOYMENT SECURITY COMM                 .00    NOTICES ONLY
P O BOX 26504                       INT:   .00%    NOT FILED
RALEIGH NC                               053112    ACCT:
                                 27611-0000  0035  COMM:
------------------------------------------------------------------------------
PAMELA P KEENAN ESQ                         .00    NOTICES ONLY
KIRSCHBAUM NANNEY BROWN KEENAN      INT:   .00%    NOT FILED
P O BOX 19766                            020491    ACCT:
RALEIGH NC                       27619-9766  0037  COMM:REP:COASTAL FED CU
------------------------------------------------------------------------------
PREMIER BANKCARD/CHARTER                 110.91    Unsecured
P O BOX 2208                        INT:   .00%
VACAVILLE CA                             096874    ACCT:717R
                                 95696-0000  0019  COMM:
------------------------------------------------------------------------------
SUNTRUST BANK                          1,036.38    Unsecured
ATTN SUPPORT SERVICES               INT:   .00%
P O BOX 85092                            060016    ACCT:1902
RICHMOND VA                      23286-0000  0026  COMM:
------------------------------------------------------------------------------
TRANS UNION CORPORATION                     .00    NOTICES ONLY
P O BOX 2000                        INT:   .00%    NOT FILED
CRUM LYNNE PA                            475984    ACCT:
                                 19022-2002  0029  COMM:
------------------------------------------------------------------------------
VERIZON                                     .00    NOTICES ONLY
                                    INT:   .00%    NOT FILED
                                         163764    ACCT:
                                             0028  COMM:
------------------------------------------------------------------------------
WASHINGTON MUTUAL                           .00    Unsecured
P O BOX 10467                       INT:   .00%    NOT FILED
GREENVILLE SC                            153485    ACCT:0500880900
                                 29603-0000  0027  COMM:
------------------------------------------------------------------------------
TOTAL                                 80,419.54
------------------------------------------------------------------------------
```

```
-----------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR             AMOUNT    CLASSIFICATION
-----------------------------------------------------------------------
JOHN T ORCUTT                          2,700.00    ATTORNEY
6616-203 SIX FORKS ROAD
RALEIGH NC
                            27615-0000
-----------------------------------------------------------------------


                                        RICHARD M HUTSON II
                                        P O BOX 3613
                                        DURHAM NC
                                                        27702-3613
```

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, US Bankruptcy Court
>101 S. Edgeworth Street
>PO Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

OFFICE OF THE CHAPTER 13 TRUSTEE

Date: 06/01/2009         By: /S/ Brenda Nelms
                             Clerk
                             Chapter 13 Office
                             PO Box 3613
                             Durham, NC  27702-3613

cc:   Debtor(s)
      Attorney for Debtor(s)