# CHAPTER 13 OFFICE

302 E. Pettigrew Street, Building B, Suite 140
P. O. Box 3613
Durham, North Carolina 27702-3613

Richard M. Hutson, II
*Standing Trustee*

Telephone (919) 688-8065

Sandra J. Massengill
*Chief Clerk*

# M E M O R A N D U M

**TO:** Word Processing

**FROM:** Collections (Bonnie Wyse )

**DATE:** June 10, 2010

**RE:** Debtor Change of Address for B-0881660 C-13D

Please electronically file the new address listed below:

>   AARON RILEY JR
>   6123-G1 FARRINGTON RD
>   CHAPEL HILL NC   27517

cc:   File